NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

ATTORNEY(S) FOR: Plaintiff Merry Axelrod

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRY AXELROD, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>GUIDANCE SOFTWARE, INC., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:17-cv-6684<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Merry Axelrod
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Merry Axelrod | Plaintiff |
| Kite Pharma, Inc. | Defendant |
| Arie Belldegrun | Defendant |
| David Bonderman | Defendant |
| Farah Champsi | Defendant |
| Ian Clark | Defendant |
| Roy Doumani | Defendant |
| Franz Humer | Defendant |
| Joshua A. Kazam | Defendant |
| Ran Nussbaum | Defendant |
| Jon Peacock | Defendant |
| Steven B. Ruchefsky; Owen N. Witte; | Defendants |
| Gilead Sciences, Inc.; Dodge Merger Sub, Inc | Defendants |

September 11, 2017                    /s/ Rosemary M. Rivas
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Merry Axelrod

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**