1  ROSEMARY M RIVAS (SBN 209147)
   rrivas@zlk.com
2  LEVI AND KORSINSKY, LLP
   44 Montgomery Street Suite 650
3  San Francisco, CA 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Attorneys for Plaintiff*

6  ROBERT A. SACKS (SBN 150146)
   sacksr@sullcrom.com
7  ALEXA M. LAWSON-REMER (SBN 268855)
   lawsonr@sullcrom.com
8  SULLIVAN & CROMWELL LLP
   1888 Century Park East
9  Los Angeles, CA 90067-1725
   Telephone: (310) 712-6600
10 Facsimile:  (310) 407-2688

11 *Attorneys for Defendants*
   *Kite Pharma, Inc., Arie Belldegrun,*
12 *David Bonderman, Farah Champsi,*
   *Ian Clark, Roy Doumani,*
13 *Franz Humer, Joshua A. Kazam,*
   *Ran Nussbaum, Jon Peacock,*
14 *Steven B. Ruchefsky, and Owen N. Witte*

15 (Additional counsel on next page.)

16 **UNITED STATES DISTRICT COURT**

17 **CENTRAL DISTRICT OF CALIFORNIA**

18

19 MERRY AXELROD, individually and | Case No.: 2:17-cv-06684-MWF-E
   on behalf of all others similarly situated,
20 | CLASS ACTION
              Plaintiff,
21 | **(1) STIPULATION OF DISMISSAL; AND**
        v.
22 | **(2) [PROPOSED] ORDER DISMISSING ACTION (lodged and filed under separate cover).**
   KITE PHARMA, INC., et al.,
23
              Defendants.
24

25

26 [Caption continues on next page.]

27

28

Case No. 2:17-cv-06684-MWF-E
STIPULATION OF DISMISSAL

1  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
2  VIRGINIA F. MILSTEAD (SBN 234578)
   virginia.milstead@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
5  Facsimile:  (213) 687-5600

6  *Attorneys for Defendants*
   *Gilead Sciences, Inc. and Dodge Merger Sub, Inc.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**

WHEREAS, on August 28, 2017, Kite Pharma, Inc. ("Kite" or the "Company") published a press release and filed with the United States Securities and Exchange Commission ("SEC") a Form 8-K announcing that it had entered into a definitive merger agreement (the "Merger Agreement"), by which Gilead Sciences, Inc. ("Gilead"), through its subsidiary, Dodgers Merger Sub, Inc. ("Merger Sub"), would commence a tender offer to acquire all outstanding shares of Kite's common stock at a price of $180.00 in cash per share (the "Offer");

WHEREAS, on September 5, 2017, a Schedule 14D-9 was filed with the SEC, which included Kite's recommendation statement in connection with the Offer (the "Recommendation Statement"), in which Kite indicated that its board of directors, acting with the advice and assistance of its independent legal and financial advisors, unanimously recommended that the stockholders of the Company accept the Offer and tender their shares to Gilead pursuant to the Offer;

WHEREAS, on September 7, 2017, plaintiff Simon Gordon, an alleged stockholder of Kite, filed a putative class action complaint in the United States District Court for the District of Delaware, against Kite and its board of directors (the "Kite Board") alleging purported violations of the federal securities laws in connection with the Recommendation Statement;

WHEREAS, on September 7, 2017, plaintiff Robert Berg, an alleged stockholder of Kite, filed a putative class action complaint in the United States District Court for the Central District of California, against Kite, the Kite Board, Gilead, and Merger Sub, alleging purported violations of the federal securities laws in connection with the Recommendation Statement;

WHEREAS, on September 11, 2017, plaintiff Merry Axelrod ("Plaintiff"), an alleged stockholder of Kite, filed the above-captioned putative class action against Kite, the Kite Board, Gilead, and Merger Sub, alleging purported violations of the federal securities laws in connection with the Recommendation Statement;

1       WHEREAS, on September 14, 2017, plaintiff Richard Morrissey, an alleged
2 stockholder of Kite, filed a putative class action complaint in the United States
3 District Court for the Central District of California, against Kite and the Kite Board
4 alleging purported violations of the federal securities laws in connection with the
5 Recommendation Statement;

6       WHEREAS, on September 25, 2017, Kite filed Amendment No. 4 to the
7 Schedule 14D-9, which addressed Plaintiff's allegations under Sections 14(d), 14(e),
8 and 20(a) of the Exchange Act, and consequently, Plaintiff's claims have become
9 moot;

10       WHEREAS, one minute after 11:59 pm on October 2, 2017, the Offer expired
11 and on October 3, 2017, the merger was consummated;

12       WHEREAS, in light of the foregoing, Plaintiff voluntarily dismisses his
13 claims with prejudice;

14       WHEREAS, Defendants have denied and continue to deny that Plaintiff's
15 claims have merit but agree that Plaintiff's claims have become moot;

16       WHEREAS, no compensation in any form has passed directly or indirectly to
17 Plaintiff or his attorneys, and no promise or agreement to give any such
18 compensation has been made, nor has any discussion relating to any such
19 compensation taken place between the parties.  Any mootness fee application, absent
20 agreement on fees between the parties, shall be resolved in the District of Delaware
21 Gordon litigation cited above;

22       WHEREAS, no class has been certified in this Action; and

23      IT IS HEREBY STIPULATED AND AGREED, by and between the
24 undersigned attorneys for the respective parties:

25       This Action is dismissed as moot, and the claims asserted therein are hereby

1 dismissed with prejudice as to the named Plaintiff, and without prejudice as to the
2 purported class.

3 Dated: October 31, 2017

                      LEVI AND KORSINSKY, LLP

                      By: _____*/s/Rosemary M. Rivas*_____
                                Rosemary M Rivas
                               Attorneys for Plaintiff

                      SULLIVAN & CROMWELL LLP

                      By: _____*/s/Robert A. Sacks*_____
                                Robert A. Sacks
                             Attorneys for Defendants
                      Kite Pharma, Inc., Arie Belldegrun, David
                      Bonderman, Farah Champsi, Ian Clark, Roy
                      Doumani, Franz Humer, Joshua A. Kazam,
                      Ran Nussbaum, Jon Peacock, Steven B.
                      Ruchefsky, and Owen N. Witte

                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                      By: _____*/s/Peter B. Morrison*_____
                                Peter B. Morrison
                             Attorneys for Defendant
                      Gilead Sciences, Inc. and Gilead Sciences, Inc.
                      and Dodge Merger Sub, Inc.