JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRY AXELROD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KITE PHARMA, INC., et al.,<br><br>Defendants. | Case No.: 2:17-cv-06684-MWF-E<br><br>CLASS ACTION<br><br>**ORDER DISMISSING ACTION** |

1  The Court, having read and considered the Stipulation of Dismissal filed by
2  the parties in the above-captioned action, and good cause appearing, hereby orders as
3  follows:
4  This Action is dismissed as moot, and the claims asserted therein are hereby
5  dismissed with prejudice as to the named Plaintiff, Merry Axelrod, and without
6  prejudice as to the purported class.

DATED: November 1, 2017

By: _____
Honorable Michael W. Fitzgerald
United States District Judge

[PROPOSED] ORDER DISMISSING ACTION